THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CAITLIN JONES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EMPOWERME WELLNESS, LLC, a Missouri corporation,<br><br>　　　　Defendant. | Case No. 2:23-cv-00553-JHC<br><br>**ORDER ON STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIF'S FIRST AMENDED COMPLAINT**<br><br>**NOTED OF MOTION CALENDAR:**<br>Thursday, October 26, 2023 |

THIS MATTER having come before the Court upon the parties' Stipulated Motion to Extend Time for Defendant to Respond to Plaintiff's First Amended Complaint, and for good cause appearing, therefore:

IT IS HEREBY ORDERED that the stipulated motion is GRANTED and an extension of Defendant's deadline to file its answer or otherwise respond to Plaintiff's First Amended Complaint shall be extended to November 14, 2023.

IT IS FURTHER ORDERED that this stipulation or extension does not constitute a waiver of any claim, right, or defense.

DATED this   27th   day of        October        , 2023.

_____
THE HONORABLE JOHN H. CHUN
United States District Court Judge

ORDER ON STIPULATED MTN TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIF'S FIRST AMENDED COMPLAINT – Page 1
(Case No.  2:23-cv-00553-JHC)

O'HAGAN MEYER PLLC
600 1st Avenue
Suite 102, #2256
Seattle, WA 98104
Telephone: 971-315-0650

1  Presented by:

2  MALONEY O'LAUGHLIN

3
   By: */s/ Matt J. O'Laughlin*
4      Amy K. Maloney, WSBA 55610
       amy@pacwestjustice.com
5      Matt J. O'Laughlin, WSBA 48706
       matt@pacwestjustice.com
6      Steven A. Toff, WSBA 59575
       steven@pacwestjustice.com
7      200 W. Mercer Street, Suite 506
       Seattle, WA 98119
8      Tel.: 206.513.7485

9

10 *Attorneys for Plaintiff*

11 O'HAGAN MEYER PLLC

12

13 By: */s/ Brad Bigos*
       Brad Bigos, WSBA No. 52297
14     bbigos@ohaganmeyer.com
       600 1st Avenue
15     Suite 102, #2256
       Seattle, WA 98104
16     Tel.: 971-315-0650

17 *Attorneys for Defendant*
18 *EmpowerMe Wellness, LLC*

19

20

21

22

23

24

25

26

ORDER ON STIPULATED MTN TO EXTEND TIME FOR DEFENDANT TO
RESPOND TO PLAINTIF'S FIRST AMENDED COMPLAINT – Page 2
(Case No. 2:23-cv-00553-JHC)

**O'HAGAN MEYER PLLC**
600 1st Avenue
Suite 102, #2256
Seattle, WA 98104
Telephone: 971-315-0650