1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7 CAITLIN JONES,

8                    Plaintiff,

9

10       vs.

11 EMPOWERME WELLNESS, LLC, a
Missouri corporation,

12

13                    Defendant.

Case No. 2:23-cv-00553-JHC

ORDER ON DEFENDANT'S MOTION
TO DISMISS PLAINTIFF'S CLAIMS
UNDER TITLE VII

14       THIS MATTER comes before the Court on Defendant's Motion to Dismiss Plaintiff's

15 Claims Under Title VII.  Dkt. # 19.  The Court has considered: the materials submitted by the

16 parties in support of, and in opposition to, the motion; pertinent portions of the record; and the

17 applicable law.

18       Being fully advised, for the reasons argued by Plaintiff, the Court DENIES the motion.

19 Contrary to Defendant's arguments, Plaintiff did not fail to exhaust her administrative remedies.

20 It is undisputed that (1) she filed a charge with the Equal Employment Opportunity Commission

21 (EEOC); (2) the EEOC then issued a Notice of Right to Sue; and (3) she then amended her

22 complaint in this matter to include her Title VII claims.

23       /

24       /

25       /

26       /

1    DATED this 1st day of December, 2023.

2

3

_____

4    JOHN H. CHUN
     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26