UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CAITLIN JONES,<br><br>               Plaintiff,<br><br>vs.<br><br>EMPOWERME WELLNESS, LLC, a Missouri corporation,<br><br>               Defendant. | Case No. 2:23-cv-00553-JHC<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Caitlin Jones and Defendant EmpowerMe Wellness, LLC through their counsel of record, that all of Plaintiff's claims against Defendant may be dismissed with prejudice and without costs or attorneys' fees to either party.

Dated:      02/28/2024                        Dated:      02/28/2024

*s/ Matt J. O'Laughlin*                           *s/ Brad Bigos*
Matt J. O'Laughlin, WSBA 48706          Brad Bigos, WSBA No. 52297
MALONEY O'LAUGHLIN, PLLC            O'HAGAN MEYER PLLC
200 W. Mercer Street, Ste. 506             600 1st Avenue, Suite 102, #2256
Seattle, Washington 98119                    Seattle, Washington 98104
matt@pacwestjustice.com                      bbigos@ohaganmeyer.com
*Attorneys for Plaintiff*                              *Attorneys for Defendant*

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED: February 28, 2023.

*John H. Chun*

John H. Chun
United States District Judge